# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIELLE DARENSBOURG YOUNG

NO. 2023 CW 1170

VERSUS

OTTO CHRISTIAN HALL, D.P.M.

**JANUARY 18, 2024**

---

In Re:  Otto Christian Hall, D.P.M., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 728507.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT NOT CONSIDERED.**  This writ application is untimely. Defendant's notice of intent was filed on October 9, 2023, more than thirty days after the district court signed a judgment denying defendant's exception of no cause of action on May 23, 2023, and notice of judgment was mailed on May 31, 2023. Although the district court's May 23, 2023 judgment attempted to designate that judgment as final, a judgment which denies an exception is not subject to designation as a final judgment pursuant to La. Code Civ. P. art. 1915(B). A district court's rendition of judgment improperly certifying a denial of an exception as a final, appealable judgment is ineffectual. See **Belanger v. Gabriel Chems., Inc.**, 2000-0747 (La. App. 1st Cir. 5/23/01), 787 So.2d 559, 563, writ denied, 2001-2289 (La. 11/16/01), 802 So.2d 612.  Accordingly, the May 23, 2023 judgment was interlocutory, and there is no motion for new trial as to an interlocutory ruling; motions for new trial pertain to final judgments only. **Allstate Insurance Co. v. Mohamadian**, 2009-1126 (La. App. 1st Cir. 2/17/10), 35 So.3d 1118, 1121. Therefore, the motion for new trial was procedurally improper. Most significantly, the filing of a motion for new trial seeking reconsideration of an interlocutory ruling cannot interrupt the thirty-day period for filing an application for supervisory writs established by Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal. See **Carter v. Rhea**, 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT